UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

|  |  |
|---|---|
| 1. TIERNEY CULVER, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>1. SAINT FRANCIS HEALTH SYSTEM, INC.,<br><br>Defendant. | Case No. 24-cv-00078- CVE-MTS<br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(B)<br><br>CLASS ACTION PURSUANT TO FED. R. CIV. P. 23 |

## PLAINTIFF'S NOTICE OF FILING CONSENTS TO JOIN

COMES NOW, Plaintiff TIERNEY CULVER, individually and on behalf of all others similarly situated, and hereby gives notice of filing with the Clerk of the Court the following Consents to Join pursuant to 29 U.S.C. § 216(b):

### NOTICE OF CONSENT

1. Teresa Alley-Melchior
2. Brandy Asberry
3. Rick Batson
4. Joel Bauer
5. Morgan R Bendure
6. Danielle Bird
7. Moriaha Bravo
8. Caterina Pearce
9. Seana Petri
10. Jamie Petrunak
11. Sarah Price
12. Braedyn Rackley
13. Lacey Rhodes
14. Tiffany Rodriguez
15. Alva Roughface
16. Eugenia Scott
17. Sarah Taylor
18. Vivian Tewis
19. Rebecca Tribble
20. Pamela Van De Wiele
21. Alisha Virger
22. Montana Weeks
23. Jessica Wilson
24. Amanda Wicker
25. Joy Woodard

Date: August 28, 2024                           Respectfully submitted,

**ANDERSON ALEXANDER, PLLC**

By:      /s/ *Clif Alexander*
**Clif Alexander**
(*Admitted Pro Hac Vice*)
Texas Bar No. 24064805
clif@a2xlaw.com
**Austin W. Anderson**
(*Admitted Pro Hac Vice*)
Texas Bar No. 24045189
austin@a2xlaw.com
**Carter T. Hastings**
(*Admitted Pro Hac Vice*)
Texas Bar No. 24101879
carter@a2xlaw.com
101 N. Shoreline Blvd, Suite 610
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284

**SHERWOOD, MCCORMICK & ROBERT**

**Hugh M. Robert**
Oklahoma Bar No. 22441
hugh@smr-law.com
Bank of America Center
15 W. 6th Street, Suite 2112
Tulsa, Oklahoma 74119
Telephone: (918) 592-1144
Facsimile: (918) 576-6907

*Counsel for Plaintiff and Putative Collective/Class Members*

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2024, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Oklahoma, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Clif Alexander*
Clif Alexander